Dayna E. Underhill, OSB No. 926004
HINSHAW & CULBERTSON LLP
1000 SW Broadway, Suite 1250
Portland, OR 97205-3000
Telephone:   503-243-3243
Facsimile:   503-243-3240
dunderhill@hinshawlaw.com

Clint D. Robison, *Pro Hac Vice*
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, California, 90025
Telephone:   310-909-8000
Facsimile:   310-909-8001
crobison@hinshawlaw.com

Attorneys for Plaintiff SOLAR NATION,
INC., a Delaware corporation,

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SOLAR NATION, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOLAR JONES, INC., a Nevada corporation; JONATHAN KERSEY, a Nevada resident; JEREMY TROUSDALE, a California resident; RON KIRKPATRICK, an Oklahoma resident; and RICHARD HILBUN, a Montana resident,<br><br>　　　　　Defendants. | Case No: 3:12-cv-1199-BR<br><br>**ORDER TO WITHDRAW FUNDS AND DISBURSE**<br>(Treasury Registry Funds) |

PAGE 1 - ORDER TO WITHDRAW FUNDS AND DISBURSE

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240

Funds in the amount of $5,000.000, were previously deposited with the Court on or about July 9, 2012 (#21 and #22) in connection with the Court's issuance of the Temporary Restraining Order in this matter. The funds were deposited into the Court's treasury registry fund.

In accordance with the Amended Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief (#43) signed on November 9, 2012 by Judge Anna J. Brown, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

1. Payments:
    Name of Payee: Solar Nation Inc.
    Mailing Address: c/o Steve Arnot, P.O. Box 1963, Lake Oswego 97035
    Amount: $5,000

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 21st day of March, 2013.

_____
Honorable District Judge Anna J. Brown

---

**For Court Use Only**

**APPROVED AS TO FORM:**

_Renee M. Matins_
By: Financial Administrator

PAGE 2 - ORDER TO WITHDRAW FUNDS AND DISBURSE

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130498884v1 0932923